**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| TANYA J. MCCLOSKEY, ACTING CONSUMER ADVOCATE | : | No. 743 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| PENNSYLVANIA PUBLIC UTILITY COMMISSION | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: AQUA PENNSYLVANIA WASTEWATER | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.